# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| IN THE MATTER OF THE SEARCH OF: | MJ 20- 28 -GF-JTJ |
|---|---|
| INFORMATION ASSOCIATED WITH THE E-MAIL ADDRESS *KEVINKIDD55@hotmail.com* FROM Microsoft Hotmail.com | ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application, Affidavit, and Search Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant, and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 16th day of April, 2020.

_____
JOHN JOHNSTON
United States Magistrate Judge

1