#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MONTANA
#### GREAT FALLS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE E-MAIL ADDRESS *KEVINKIDD55@hotmail.com* FROM Microsoft Hotmail.com | MJ 20- 28 -GF-JTJ<br><br>ORDER |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Hotmail.com, an electronic communication service or remote computing service, not to notify any person, including the subscribers and customers of the account listed in the above-captioned case, of the existence of the attached search warrant for a period of 120 days.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses.   *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Hotmail.com shall not disclose the existence of the attached search warrant or this

Order of the Court, to the listed subscriber or to any other person, for a period of 120 days from the date of this Order, except that Hotmail.com may disclose the attached search warrant to an attorney for Hotmail.com for the purpose of receiving legal advice.

    IT IS FURTHER ORDERED that the motion and this Order are sealed until otherwise ordered by the Court.

    DATED this 16th day of April, 2020.

                                        JOHN JOHNSTON
                                        United States Magistrate Judge